# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# NORTHERN DIVISION

U.S.A. vs. Brooks Bazemore          Docket No. 2:01-CR-10-1BO

## Petition for Action on Supervised Release

COMES NOW Dwayne K. Benfield, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brooks Bazemore, who, upon an earlier plea of guilty to 18 U.S.C. § 2113 (a)(d), Armed Bank Robbery, and 18 U.S.C. § 924 (c)(1)(A)(ii), Possessing and Brandishing a Firearm During an Armed Bank Robbery, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 23, 2002, to the custody of the Bureau of Prisons for a term of 117 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall make restitution in the amount of $539.00 to Southern Bank and Trust as directed by Probation.

Brooks Bazemore was released from custody on September 23, 2009, at which time the term of supervised release commenced in Raleigh, North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since early March 2011, the defendant has been without a stable residence. Additionally, the defendant has been unable to obtain employment in Bertie County, North Carolina, since his relocation to that area in November 2010.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

Brooks Bazemore
Docket No. 2:01-CR-10-1BO
Petition For Action
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Senior U.S. Probation Officer
201 South Evans Street, Room 214
Greenville, NC 27858-1137
Phone: (252) 758-7200
Executed On: April 8, 2011

## ORDER OF COURT

Considered and ordered this 9 day of April, 2011, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge