# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

U.S.A. vs. Brooks Bazemore                                                    Docket No. 2:01-CR-10-1BO

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brooks Bazemore, who, upon an earlier plea of guilty to Armed Bank Robbery, 18 U.S.C. § 2113(a) and (d), and Possessing and Brandishing a Firearm During an Armed Bank Robbery, 18 U.S.C. § 924(c)(1)(A)(ii), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 23, 2002, to the custody of the Bureau of Prisons for a total term of 117 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 5 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall make restitution in the amount of $539.00 to Southern Bank and Trust as directed by Probation.

Brooks Bazemore was released from custody on September 23, 2009, at which time the term of supervised release commenced.

On April 9, 2011, a Petition for Action on Supervised Release was filed and approved by the court that ordered the defendant to undergo placement in a residential reentry center for a period up to 180 days.

On July 12, 2013, a Violation Report noted new criminal conduct that occurred in Bertie County, North Carolina, for Speeding, Failure to Wear a Seat Belt, and two counts of Driving While License Revoked. It was recommended that supervision be continued and agreed upon by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 8, 2013, the defendant was charged in Bertie County for Carrying a Concealed Weapon (13CR50880), which allegedly occurred on the same date. Bazemore was released under a $500 unsecured bond and the charge is pending disposition. The defendant subsequently contacted the probation officer to acknowledge he possessed metallic knuckles as charged, but he was not aware of the same being illegal to possess. Bazemore was cooperative with the charging officer and no additional charges were filed. As a sanction for this violation conduct, it is recommended that the defendant participate in a cognitive behavioral program as directed by the probation office.

Brooks Bazemore
Docket No. 2:01-CR-10-1BO
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Michael W. Dilda<br>Michael W. Dilda<br>U.S. Probation Officer<br>201 South Evans Street, Room 214<br>Greenville, NC 27858-1137<br>Phone: 252-758-7200<br>Executed On: January 9, 2014 |

## ORDER OF COURT

Considered and ordered this __10__ day of __January__, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge